PROB 12C
(7/93)

Report Date: June 24, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 26, 2015**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sergio Marroquin-Torres | Case Number: 0980 2:14CR00038-JLQ-1 |
| Address of Offender: | San Diego, CA 92101 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: May 16, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | | |
| Original Sentence: | Prison 6 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: | August 27, 2014 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | August 26, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**: On June 14, 2015, Sergio Marroquin-Torres was arrested by a U.S. Customs and Border Protection officer after attempting to illegally enter the United States at the Otay Mesa, California, Port of Entry.

Mr. Marroquin-Torres is being charged with Attempted Entry after Deportation, in violation of 8 U.S.C. § 1326, as evidenced by the complaint filed in the Southern District of California under Case Number 15-mj-01811-NLS.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
**Re: Marroquin-Torres, Sergio**
**June 24, 2015**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/24/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/26/15
Date